RECEIVED
SDNY PRO SE OFFICE
2016 OCT -5 AM 9:38

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Soto

_____
Write the full name of each plaintiff.

16CV 7782
No. _____
(To be filled out by Clerk's Office)

-against-

NYC Department of Corrections, Commisoner Joseph ponte

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes    ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

__Jose__                                __Soto__
First Name        Middle Initial        Last Name

__N/A__
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__1131600917__
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__AMKC__
Current Place of Detention

__18-18 Hazen Street__
Institutional Address

__Bronx__                    __Ny__              __11370__
County, City                  State               Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:
First Name: Joseph
Last Name: ponte
Shield #:
Current Job Title (or other identifying information): Commisoner of Rikers Island
Current Work Address:
County, City:         State:         Zip Code:

Defendant 2:
First Name: NYC Department of corrections
Last Name:
Shield #:
Current Job Title (or other identifying information):
Current Work Address:
County, City:         State:         Zip Code:

Defendant 3:
First Name: Jane's & John's
Last Name: Doe's
Shield #: War Den
Current Job Title (or other identifying information):
Current Work Address:
County, City:         State:         Zip Code:

Defendant 4:
First Name: Jane's & John's
Last Name: Doe's
Shield #: Deputy's &
Current Job Title (or other identifying information): Captains, Tranist officers
Current Work Address:
County, City:         State:         Zip Code:

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: **TranisT BuildinG**

Date(s) of occurrence: **September 1, 2016**

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

ON September 1, 2016 on my way Back from Brooklyn court we got to Riker Island to The Transit Building where The Officers Have to return There guns before they drop us off to our buildings, Both officers got off the Bus and returned their guns which is not common. Then the inmates noticed my $10,000 wedding band which they neva vouchered like they were supposed to. So Then the inmates behind me put me in a choke Hold and the other one put a razor to my face and told me to give up my wedding ring. Then I Started fighting back once I did that I got Jumped by most of the inmates on the Bus till finaly my ring falls off then the officers get back on the bus then I Get punched that knocked my to the front of the Bus where I hit the side of head the left to be exact then the officers get me off the bus then the captain comes from NO where and tells me when I'm off the bus that he know's where my ring is at and He was going to the beacon to get my ring back cause he knows who has it he gave me his word as a man, but he newa back to me after the incident So I Grievance it in amkc where I'm Housed and my family called #311 caused I got set up from

from once I got intake at amkc, officers noticed my ring they told me it won't be wised for me to put my ring in property cause the been stealing stuff out of people property and it will be safer with me so I kept it with fear it would get stolen.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Head trama, going def in my left ear, neck pain, and back pain, depression for Haveing my wedding band taken from

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

$ 2.5 Million dollars

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

**Dated:** September 25, 2016
**Plaintiff's Signature:** Jose Soto

**First Name:** Jose
**Middle Initial:** 
**Last Name:** Soto

**Prison Address:** 18-18 Hazen Street

**County, City:** Bronx E. Elmhurst
**State:** New York
**Zip Code:** 11370

Date on which I am delivering this complaint to prison authorities for mailing: September 26, 2016

18-18 Hazen St
E. Elmhurst Ny 11370



The Daniel Patrick Moynihan United-
States Court House

500 Pearl Street, Room 200

New York, Ny 10007-1312

USM P3 SDNY

RECEIVED
SDNY PRO SE OFFICE
2016 OCT -5  AM 9:38